IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China,

    Plaintiff,

  v.

LSI CORPORATION, a Delaware corporation,

    Defendant.
    /

No. C 08-04991 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for six weeks.

    **IT IS SO ORDERED.**

Dated: January 8, 2009.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE