IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>    Defendant and<br>    Counterclaimant.<br>_____/ | No. C 08-04991 WHA<br><br>Related to:<br><br>No. C 09-00105 WHA and<br>No. C 09-00202 WHA<br><br>**RESPONSE RE RECENT CORRESPONDENCE** |

Having reviewed the letters of the sixth and ninth, it is premature to say anything more than the Court would likely and eventually give favorable consideration to a concrete and specific proposal to limit claims in order to obtain a priority for trial. The earliest that such proposal should be made would be **JUNE 5, 2009, AT NOON**.

**IT IS SO ORDERED.**

Dated: February 9, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE