WILLIAM L. ANTHONY, JR. (SBN 106908)
*wanthony@orrick.com*
ELIZABETH A. HOWARD (SBN 173185)
*ehoward@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

WILLIAM H. WRIGHT (SBN 161580)
*wwright@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Plaintiff
UNITED MICROELECTRONICS CORPORATION

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
*sririe@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600

Attorneys For Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>Defendant | Case No. 3:08-CV-04991-WHA<br><br>Related to:<br><br>Case No. 3:09-CV-00105-WHA<br>Case No. 3:09-CV-00202-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF AMENDED PLEADINGS** |

1   Pursuant to Fed. R. Civ. P. 15(a), the parties hereby submit the following Stipulation:

2   WHEREAS, the deadline for seeking leave to add any new parties or pleading amendments
3   is March 26, 2009;

4   WHEREAS, the parties understand and agree that this stipulation is not an admission by
5   either party that any of the amendments by either party in the amended pleadings have merit;

6   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through
7   their respective attorneys of record that:

8   1.   Plaintiff, United Microelectronics Corporation may file a First Amended Complaint, a
9   copy of which is attached as Exhibit A hereto.

10   2.   Defendant LSI Corporation may file a First Amended Answer, a copy of which is
11   attached as Exhibit B hereto.

Respectfully Submitted,

DATED: March 26, 2009        By: */s/ Elizabeth A. Howard*

William L. Anthony, Jr.
Elizabeth A. Howard
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

William Harrison Wright, III
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles , CA 90017-5855
Telephone:    (213) 629-2478
Facsimile:    (213) 612-2499

Attorneys for Defendants,
UNITED MICROELECTRONICS
CORPORATION
UMC GROUP (USA)

| | | |
|---|---|---|
| DATED: March 26, 2009 | By: | /s/ Spencer W. Ririe |

                                                Edward G. Poplawski
                                                Spencer W. Ririe
                                                SIDLEY AUSTIN LLP
                                                555 West Fifth Street, Suite 4000
                                                Los Angeles, California 90013-1010
                                                Telephone:    (213) 896-6000
                                                Facsimile:     (213) 896-6600

                                                Attorneys for Plaintiff,
                                                LSI CORPORATION

*Filer's Attestation: Pursuant to General Order No. 45, I, Elizabeth A. Howard, attest that I obtained concurrence in the filing of this document from the other signatories.*

---

OHS West:260631597.1         3        **Stipulation And [Proposed] Order Permitting Filing Amended Pleadings; Case No. 3:08-CV-04991-WHA**

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff, United Microelectronics Corporation may file a First Amended Complaint.

Defendant LSI Corporation may file a First Amended Answer.

Dated: April 1, 2009

By: 
The Honorable William H. Alsup
United States District Judge