William L. Anthony, Jr. (SBN 106908)
*wanthony@orrick.com*
Elizabeth A. Howard (SBN 173185)
*ehoward@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park , CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William H. Wright (SBN 161580)
*wwright@orrick.com*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles , CA 90017-5855
Telephone: (213) 629-2478
Facsimile: (213) 612-2499

Attorneys for Plaintiff,
UNITED MICROELECTRONICS CORPORATION

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
*sririe@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:     (213) 896-6000
Facsimile:     (213) 896-6600

Attorneys for Defendant,
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China, | Case No. 3:08-CV-04991-WHA (JCS) |
| | Related to: |
| Plaintiff, | Case No. 3:09-CV-00105-WHA (JCS) |
| v. | Case No. 3:09-CV-00202-WHA (JCS) |
| LSI CORPORATION, a Delaware corporation, | **JOINT REQUEST TO EXTEND DEADLINE TO SUBMIT SETTLEMENT CONFERENCE STATEMENTS** |
| Defendant | |

1    The present case and its related cases have been ordered to meditation before this Court.

2    The Court's Notice of Settlement Conference and Settlement Conference Order (Dkt. No. 44

3    in Case No. 08-04991) scheduled the mediation between United Microelectronics Corporation

4    ("UMC") and LSI Corporation ("LSI") on April 15, 2009.  This Order also requires the parties to

5    submit Settlement Conference Statements fourteen (14) calendar days prior to the mediation (*i.e.*,

6    April 1, 2009).

7    The parties jointly request a one-week extension of the deadline to submit Settlement

8    Conference Statements.  UMC and LSI currently are engaged in settlement negotiations and are

9    close to reaching final terms of a settlement agreement.  The parties respectfully submit that

10   extending this deadline will allow them to focus their present efforts on settling the pending cases

11   without necessitating further Court involvement.  Accordingly, the parties request that the deadline

12   for submission of Settlement Conference Statements be extended from Wednesday, April 1 to

13   Monday, April 6.

14   The Court's prompt and favorable disposition is respectfully requested.

15

16                                         Respectfully submitted,

17   DATED:        March 30, 2009      By:   */s/* Elizabeth A. Howard

18                                          William L. Anthony, Jr.
                                            Elizabeth A. Howard
19                                          ORRICK HERRINGTON & SUTCLIFFE LLP
                                            1000 Marsh Road
20                                          Menlo Park , CA 94025
                                            Telephone: (650) 614-7400
21                                          Facsimile: (650) 614-7401

22                                          William H. Wright
23                                          ORRICK HERRINGTON & SUTCLIFFE LLP
                                            777 South Figueroa Street, Suite 3200
24                                          Los Angeles , CA 90017-5855
                                            Telephone: (213) 629-2478
25                                          Facsimile: (213) 612-2499

26                                          Attorneys for Plaintiff,
27                                          UNITED MICROELECTRONICS CORPORATION

28   **Joint Request to Extend Deadline**                    2
     **to Submit Settlement Conference Statements**
     **Case No. 3:08-CV-04991-WHA**
     **1521981.LA1**

1

DATED:        March 30, 2009        By:   _/s/ Spencer W. Ririe_

2

3                                              Edward G. Poplawski
                                               Spencer W. Ririe
                                               SIDLEY AUSTIN LLP
4                                              555 West Fifth Street, Suite 4000
                                               Los Angeles, California 90013-1010
5                                              Telephone:  (213) 896-6000
                                               Facsimile:  (213) 896-6600
6
                                               Attorneys for Defendant,
7                                              LSI CORPORATION

8    *Filer's Attestation: Pursuant to General Order No. 45, I, Spencer W. Ririe, attest that I obtained
     concurrence in the filing of this document from the other signatories.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **Joint Request to Extend Deadline**                    3
     **to Submit Settlement Conference Statements**
     **Case No. 3:08-CV-04991-WHA**
     **1521981.LA1**

1

**[~~PROPOSED~~] ORDER**

2

IT IS SO ORDERED.

3      1.      The deadline for lodging Settlement Conference Statements with the undersigned's

4      Chambers set forth in the Court's Notice of Settlement Conference and Settlement

5      Conference Order (Dkt. No. 44) is hereby extended to April 6, 2009.

6

7

8   Dated: ___April 1___, 2009

9

10

11                                        By: _____

12                                              The Hon. Joseph C. Spero
                                                United States Magistrate Judge

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Joint Request to Extend Deadline                    4
to Submit Settlement Conference Statements
Case No. 3:08-CV-04991-WHA
1521981.LA1