William L. Anthony, Jr. (SBN 106908)
*wanthony@orrick.com*
Elizabeth A. Howard (SBN 173185)
*ehoward@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William H. Wright (SBN 161580)
*wwright@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Plaintiff
UNITED MICROELECTRONICS CORPORATION

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Spencer W. Ririe (SBN 248277)
*sririe@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED MICROELECTRONICS CORPORATION, a corporation organized under the laws of Taiwan, Republic of China,<br><br>Plaintiff,<br>v.<br><br>LSI CORPORATION, a Delaware corporation,<br><br>Defendant | Case No. 3:08-CV-04991-WHA<br><br>Related to:<br><br>Case No. 3:09-CV-00105-WHA<br>Case No. 3:09-CV-00202-WHA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**Joint Stipulation to Dismiss**
**Case No. 3:08-CV-04991-WHA**

LA1 1520275

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United Microelectronics Corporation, on the one hand, and Defendant LSI Corporation, on the other hand, that each and every of Plaintiff's claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) and each and every of Defendant's claims (including any and all declaratory judgment claims, cross-claims, and/or counterclaims) in the above-captioned matter be and are hereby voluntarily dismissed <u>with prejudice</u> against all named parties (including the parties added by the amended pleadings[1]) pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall each bear their own respective costs and fees.

Respectfully submitted,

DATED: April 27, 2009   By: */s/ Elizabeth A. Howard*

William L. Anthony, Jr.
Elizabeth A. Howard
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park , CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William Harrison Wright, III
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles , CA 90017-5855
Telephone: (213) 629-2478
Facsimile: (213) 612-2499

Attorneys for Plaintiff,
UNITED MICROELECTRONICS CORPORATION

DATED: April 27, 2009   By: */s/ Spencer W. Ririe*

Edward G. Poplawski
Spencer W. Ririe
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

---

[1] Agere Systems Inc.

**Joint Stipulation to Dismiss**
**Case No. 3:08-CV-04991-WHA**

2

LA1 1520275

|   |   |
|---|---|
| 1 | Attorneys for Defendant, |
| 2 | LSI CORPORATION |

*Filer's Attestation: Pursuant to General Order No. 45, I, Elizabeth A. Howard, attest that I obtained concurrence in the filing of this document from the other signatories.*

**Joint Stipulation to Dismiss**
**Case No. 3:08-CV-04991-WHA**

3

LA1 1520275

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Case No. 3:08-CV-04991-WHA and all claims asserted herein are dismissed <u>with prejudice</u>.
2. Each party shall bear its own costs and fees.
3. The Clerk is directed to close the files in the above-captioned matter.

Dated: April 28, 2009

By: _____
The Hon.
United States District Judge

